UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Shylena Martin, as Personal Representative of the estate of Charles Martin | ) ) ) ) | |
| Plaintiff, | ) ) | No.: 6:07-cv-3422-GRA |
| v. | ) ) | **ORDER** |
| South Carolina Department of Corrections (SCDC), Perry Correctional Institution (PCI), Jeffrey Motts, individually, Associate Warden Stephen Clayton, Lt. Tamara Conwell, Sergeant Gorman, Corporal Kitchens, Ms. Ogunsile, Ms. Greene, Officer Combs, Officer Boozer, Sergeant Charlie Postell, Major James Sewell, Warden Bazzle, Captain Wade, Officer Edwards, Chaplain Bill Bryant, and John Doe, representing other employees, officers, and agents of SCDC and PCI whose identities are not known but will become known during the course of discovery, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | (Written Opinion) |
| Defendants. | ) ) ) | |

This matter is before this Court regarding the trial date for the above captioned case. This Court originally set the trial date for February 2010. However, when Magistrate Judge Hendricks' presided over this case, counsel was not appointed for Defendant Motts until October 2008, eight months after the magistrate ruled that Defendant Motts was entitled to have counsel. Additionally,

Defendant Motts is on death row, and due to high security and inaccessibility, it was difficult to get information to Defendant Motts. All of these events combined made it difficult for both sides to proceed in a timely and swift fashion. Therefore, this Court has decided that the trial date for this case will be scheduled for March 2010.

IT IS THEREFORE ORDERED that the Clerk of Court schedule the above captioned case for trial in March 2010.

IT IS SO ORDERED.

G. Ross Anderson, Jr.
Senior United States District Judge

December  22 , 2009
Anderson, South Carolina